Gordon M. Fauth, Jr.
gfauth@finkelsteinthompson.com
Of Counsel
**FINKELSTEIN THOMPSON LLP**
100 Pine Street, Suite 1250
San Francisco, California 94111
Direct Tel: (510) 238-9610
Telephone: (415) 398-8700
Facsimile: (415) 398-8704

*ATTORNEY FOR PLAINTIFF*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE ANTHEM, INC. DATA BREACH LITIGATION | Case No.  5:15-MD-02617-LHK |
| _____ | **NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE** |
| *This document relates to* | |
| SCOTT HEATON, on behalf of himself and all others similarly situated, | Case No. 5:15-cv-00656-LHK |
| Plaintiff | |
| v. | |
| ANTHEM, INC., d/b/a Anthem Health Inc., an Indiana Corporation; and BLUE CROSS OF CALIFORNIA, d/b/a Anthem Blue Cross, a California Corporation, | |
| Defendants. | |

## NOTICE OF VOLUNTARY DISMISSAL OF ACTION

## WITHOUT PREJUDICE

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD;

PLEASE TAKE NOTICE THAT, pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Scott Heaton, by and through his counsel, hereby provides notice of dismissal without prejudice of his claims in *Heaton v. Anthem, Inc. et al.*, Case No. 5:15-cv-00656 (N.D. Cal). Plaintiff continues to be an unnamed putative class member to the extent he falls within the class definition of any class for which certification is sought in *In Re Anthem, Inc. Data Breach Litigation*, Case No. 5:15-md-02617-LHK.

Dated: June 12, 2017                         Respectfully submitted,

By: /s/ Gordon M. Fauth, Jr.
Gordon M. Fauth, Jr.

Of Counsel
**FINKELSTEIN THOMPSON LLP**
100 Pine Street, Suite 1250
San Francisco, California 94111
Direct Tel: (510) 238-9610
Telephone: (415) 398-8700
Facsimile: (415) 398-8704

***ATTORNEYS FOR PLAINTIFF***

- 1 -
NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE
Case No. 15-MD-02617-LHK

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Voluntary Dismissal of Action

Without Prejudice was electronically filed with the Clerk of the Court using the CM/ECF system,

which will send notification of the filing to all counsel of record.


/s/ Gordon M. Fauth, Jr.
Gordon M. Fauth, Jr.